UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

        v.                                  Case No.  07-cr-152-01-SM

James Coldwell

## O R D E R

Defendant Coldwell's motion to continue the final pretrial conference and trial is granted  (document 9).   Trial has been rescheduled for the December 2007 trial period.   Defendant Coldwell shall file a waiver of speedy trial rights not later than September 10, 2007.   On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:**  November 26, 2007 at 4:30 p.m.

**Jury Selection**:  December 4, 2007 at 9:30 a.m.

SO ORDERED.

Steven J. McAuliffe
Chief Judge

August 27, 2007

cc:    Jonathan Saxe, Esq.
       Terry Ollila, AUSA
       US Probation
       US Marshal