UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

       v.                         Case No.  07-cr-152-01-SM

James Coldwell

O R D E R

Defendant Coldwell's motion to continue the final pretrial conference and trial is granted (document 12).   Trial has been rescheduled for the February 2008 trial period.   Defendant Coldwell shall file a waiver of speedy trial rights not later than December 3, 2007.   On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:**  January 22, 2008 at 11:30 a.m.

**Jury Selection**:  February 5, 2008 at 9:30 a.m.

SO ORDERED.

/s/ Steven J. McAuliffe
_____
Steven J. McAuliffe
Chief Judge

November 26, 2007

cc:   Jonathan Saxe, Esq.
      Terry Ollila, AUSA
      US Probation
      US Marshal